Panel rehearing granted
and rehearing en banc denied
in No. 03-1220 by order
filed 10/29/03

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1057**

———————

GEORGE ROGER SIEGEL,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY DEPARTMENT OF COMMUNITY
PLANNING HOUSING AND DEVELOPMENT, and Its
Agencies; CRESCENT RESOURCES, LLC; FRANK
LASCH, Mid/Atlantic Property Manager;
ARLINGTON COUNTY CIRCUIT COURT, 17th Circuit
Court and its Judges and Staff; UNITED STATES
CIVIL RIGHTS COMMISSION; SECRETARY OF THE
UNITED STATES DEPARTMENT OF THE INTERIOR;
UNKNOWN AGENTS, and Officers of Department of
the Interior; COMMONWEALTH OF VIRGINIA;
ARLINGTON COUNTY, VIRGINIA; COMMONWEALTH
ATLANTIC PROPERTIES, INCORPORATED; CRESCENT
POTOMAC PROPERTIES, LLC; EDWARD M. SMITH, c/o
BM Smith & Associates,

Defendants - Appellees.

———————

**No. 03-1220**

———————

GEORGE ROGER SIEGEL,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY DEPARTMENT OF COMMUNITY
PLANNING HOUSING AND DEVELOPMENT, and Its
Agencies; CRESCENT RESOURCES, LLC; FRANK
LASCH, Mid/Atlantic Property Manager;
ARLINGTON COUNTY CIRCUIT COURT, 17th Circuit
Court and its Judges and Staff; UNITED STATES
CIVIL RIGHTS COMMISSION; SECRETARY OF THE
UNITED STATES DEPARTMENT OF THE INTERIOR;
COMMONWEALTH OF VIRGINIA; ARLINGTON COUNTY,
VIRGINIA; COMMONWEALTH ATLANTIC PROPERTIES,
INCORPORATED; CRESCENT POTOMAC PROPERTIES,
LLC; EDWARD M. SMITH, c/o BM Smith &
Associates; UNKNOWN AGENTS, and Officers of
Department of the Interior,

                                   Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-902-A)

---

Submitted: May 22, 2003                Decided: May 30, 2003

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Roger Siegel, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

3

PER CURIAM:

In these consolidated cases, George Roger Siegel appeals two orders of the district court.  In No. 03-1057, he challenges the district court's order dismissing his complaint for lack of subject matter jurisdiction.  We review de novo the district court's decision to dismiss for lack of jurisdiction. <u>Tillman v. Resolution Trust Corp.</u>, 37 F.3d 1032, 1034 (4th Cir. 1994).  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Siegel v. Arlington County Dep't of Community Planning</u>, No. CA-02-902-A (E.D. Va. filed Dec. 2, 2003 & entered Dec. 5, 2002; filed Jan. 23, 2003 & entered Jan. 24, 2003). In No. 03-1220, Siegel appeals the district court's order denying his motion to reconsider under Rule 60, Fed. R. Civ. P.  We review denial of a motion to reconsider for abuse of discretion, <u>Werner v. Carbo</u>, 731 F.2d 204, 206 (4th Cir. 1984), and we find no such abuse here.  We deny Siegel's motion to remand; we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>